In the Matter of the Rehabilitation of LAWYERS MORT-GAGE COMPANY.

KIMBALL C. ATWOOD, JR., as Executor of KIMBALL C. ATWOOD, Deceased, Respondent; LOUIS F. PINK, as Successor to GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York and as Rehabilitator of Lawyers Mortgage Company, Appellant.

(Argued January 7, 1936; decided January 21, 1936.)

*Harry Rodwin* and *Jess H. Rosenberg* for appellant.

*Eugene A. Sherpick* and *James J. Regan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.